# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| United States of America<br>v.<br><br>John Daniel Macintyre, YOB: 1989<br><br>*Defendant(s)* | )<br>)<br>)  Case No.   1:21MJ22LDA<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 17, 2021__ in the county of _____ in the
_____ District of __Rhode Island__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(5)(B). | Possession of child pornography. |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent Michael Agostinho of the Department of Homeland Security ("HSI").

☑ Continued on the attached sheet.

*Complainant's signature*

MICHAEL AGOSTINHO
Special Agent

Special Agent Michael Agostinho - HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__   *(specify reliable electronic means).*

Date:   March 17, 2021

*Judge's signature*

City and state:   Providence, Rhode Island        Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*