AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| | ) | Case No. | 1:21MJ22LDA |
| John Daniel Macintyre, YOB: 1989 | ) | | |
| | ) | | |
| | ) | | |
| | ) | | |
| *Defendant* | | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* John Daniel Macintyre, YOB: 1989,
who is accused of an offense or violation based on the following document filed with the court:

17 MAR '21 PM 2:3

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Possession of child pornography in violation of 18 U.S.C. §§ 2252A(a)(5)(B).

Date: March 17, 2021

*Issuing officer's signature*

City and state: Providence, Rhode Island

Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03/17/21, and the person was arrested on *(date)* 03/17/2021
at *(city and state)* EAST GREENWICH, RI

Date: 03/17/2021

*Arresting officer's signature*

Justin Every DSN
*Printed name and title*