UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR No.   1:21CR121JJM-LDA |
| | : | |
| v. | : | **In violation of** |
| | : | **18 U.S.C. § 2252(a)(4)(B)** |
| **JOHN D. MACINTYRE** | : | **(Possession of Child Pornography)** |
| Defendant | : | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
### (Possession of Child Pornography)

Between at least on or about April 23, 2019 and on or about March 17, 2021, in the District of Rhode Island and elsewhere, the defendant

### JOHN D. MACINTYRE

did knowingly possess, and access with intent to view, one or more matters which contained a visual depiction, that had been shipped and transported using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

## FORFEITURE ALLEGATIONS

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to defendant JOHN D. MACINTYRE ("MACINTYRE") that in the event that defendant is convicted of the Count in this Information, defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all property, real or personal, used or intended to be used to commit or promote the commission of the said offense, all property constituting or traceable to gross profits or other proceeds obtained from such offense, and all visual depictions described in 18 U.S.C. §§ 2251-2252, and any book, magazine, periodical, film, videotape, or other matter containing any such visual depiction, which was produced, transported, mailed, shipped, or received in committing such offense.

All in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

RICHARD B. MYRUS
Acting United States Attorney

RONALD GENDRON
Assistant U.S. Attorney

Date: December 1, 2021

SANDRA HEBERT
Assistant U.S. Attorney
Chief, Criminal Division