PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☒ INFORMATION  ☐ INDICTMENT  ☐ COMPLAINT

**CASE NO.** 1:21CR121JJM-LDA

**USA vs.**
**Defendant:** John D. Macintyre

**Matter Sealed:** ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding Indictment Information  ☐ Defendant Added  ☐ Charges/Counts Added

**Address:** [redacted]

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND
RHODE ISLAND Divisional Office

**Name and Office of Person Furnishing Information on THIS FORM:** RICHARD B. MYRUS
☒ U.S. Atty  ☐ Other U.S. Agency
**Phone No.** (401) 709-5000

**Name of Asst. U.S. Attorney (if assigned):** Ronald R. Gendron

☐ Interpreter Required  **Dialect:** _____

**Birth Date:** [redacted]  ☒ Male  ☐ Female  ☐ Alien (if applicable)

**Social Security Number:** _____

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):**
Department of Homeland Security, HSI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

**SHOW DOCKET NO.**

**MAG. JUDGE CASE NO.** 21-MJ-00022-LDA

**Place of offense:** RHODE ISLAND County

### DEFENDANT

**Issue:** ☐ Warrant  ☒ Summons

**Location Status:**
**Arrest Date** _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

**Defense Counsel (if any):** _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☒ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

**Total # of Counts** 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 18 U.S.C. § 2252(a)(4)(B) & (b)(2) | Possession of Child Pornography | ☒ Felony ☐ Misdemeanor |
| Max | Penalty: 10yrs imprisonment; Life S/R; | $250,000 fine; and $100 special assessment | ☐ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |
|  |  | Estimated Trial Days: 3 | ☐ Felony ☐ Misdemeanor |