UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 21-00121-JJM-LDA |
| | ) | |
| JOHN MACINTYRE | ) | |

---

NOTICE OF DEFENDANT'S INTENTION TO PLEAD GUILTY
AND MOTION FOR CHANGE OF PLEA HEARING

Now comes John MacIntyre, the Defendant in the above-captioned matter, by and through his counsel, and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, notifies the Court of his intention to waive indictment and plead guilty to the one count information filed against him.

Mr. MacIntyre moves the Court to schedule an arraignment and change of plea hearing at its earliest convenience and that the hearing be scheduled via Zoom. Mr. MacIntyre is aware that due to the COVID-19 pandemic and its health and safety concerns, the Court is currently limiting in-person hearings. Mr. MacIntyre is requesting that his change of plea hearing be conducted via Zoom and he consents to proceeding by video considering the present circumstances.

Mr. MacIntyre further requests that the time between the filing of this notice and motion up to and including the time that the change of plea hearing is held be deemed excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G); (h)(1)(H) and (h)(7)(A).

Respectfully submitted
John MacIntyre
By his attorney,

/s/ Rebecca L. Aitchison, 8610
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX (401) 867-2814

## <u>CERTIFICATION</u>

I hereby certify that a copy of this motion was delivered by electronic notification to Ronald Gendron, Assistant United States Attorney, on December 1, 2021.

/s/ Rebecca L. Aitchison