**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **VS.** | :    CR. No.   21 – 121 JJM |
| | : |
| **JOHN MACINTYRE** | : |

___

**MOTION TO CONTINUE SENTENCING**

Now comes John MacIntyre, the Defendant in the above-captioned matter, and moves this Honorable Court to continue the sentencing in this matter, currently scheduled for July 12, 2022, for a period of 30 days. As grounds, defense counsel is returning from leave on July 6, 2022 and needs additional time to review the PSR with the defendant and prepare sentencing materials. The government, through Assistant U.S. Attorney Ronald Gendron, has no objection.

                                                 Respectfully submitted
                                                 John MacIntyre
                                                 By his attorney,

                                                 /s/ Rebecca L. Aitchison #8610
                                                 Assistant Federal Defender
                                                 10 Weybosset St., Ste. 300
                                                 Providence, RI 02903
                                                 (401) 528-4281
                                                 FAX 867-2814
                                                 rebecca_aitchison@fd.org

**CERTIFICATION**

I hereby certify that a copy of this motion was delivered by electronic notification to Ronald Gendron, Assistant United States Attorney, on June 3, 2022.

                                                 /s/ Rebecca L. Aitchison