May 10, 2022

To: Honorable District Court Chief Judge John J McConnell, Jr

Your Honor,

This is Maria MacIntyre, John's mother. John is my 1st born child. John was so wanted by both my husband and I. John was a very happy child. He loved anything Batman. I have fond memories of him playing with Lego's, action figures and play-doe as a child. He loved to swim. He had a wonderful imagination. When he became school age, he really enjoyed creating short stories. He started typing at an early age. He became quite fast at typing in a short of amount of time and continues to be a quick typist compared to most.

John has a heart of gold. He is caring and loving to all persons and animals. He **does not** have a mean spirt in his body. Should John see anybody in need, he will do and/or give anything to help someone in need. He helped a longtime friend, whom he knows since kindergarten, with money and daily emotional support when he was struggling in-between jobs and having some family/mental health issues. John would do anything for anyone no matter if he knew you for many years or just met you. He is a caring person. He has unconditional love for all his family, friends and pets.

In 2016, John adopted two recuse dogs. One was 9yrs old with severe separation anxiety and the other was brought from a South Carolina dog pound and scheduled for euthanasia in a couple days. This dog came to our home with high anxiety/post-traumatic stress issues we assume from abuse in her short 2 years of life. Both dogs are well adjusted now and living their best life.

Another example of John's kindness was when he, without my knowledge, bought tickets for me & his sister to fly to my brother's, (my daughters God father's) funeral. In addition, John scheduled and paid the hotel fees for three days stay for us both. Both him and his father were not able to go, as their jobs where too busy for them to take off time. This was a special blessing for his sister and me to be able to go.

Still another kindness example was when he purchased a used car for his aunt. Her current car was not able to pass RI inspection due to unsafe metal, too much rust, on the underside of the vehicle. It would have been too costly to repair this, as the vehicle was old. He did the research to find a used car that she might like, then took her to see it. She didn't have enough money for a down payment and did not want a car loan as she has very high anxiety to give the information needed to apply for a loan. John paid for it in cash from his savings account and told her to pay him over time, any amounts, when she could, without any interest at all.

John has very high anxiety, as do I and many people on both sides of his family. I think his anxiety has inhibited him from getting the career he is capable and deserves to have. In the last year, he has addressed his anxiety issues and shows improvement with dealing with it. He has shown us improved self-esteem.

John graduated with a Bachelor of Arts degree from the University of Rhode Island in 2011. He paid back all his student loans in a timely manner. After graduation, he purchased a reliable car and proceeded to pay that car loan off in a timely manner as well. He is a responsible person.

John has never drank alcohol, nor took any form of recreational drugs. This is a very rare characteristic for a person to have. John is a very honest person as well. Since his first job as a dishwasher at a senior nursing home during high school to his current job at Worthington Industries, all his supervisors and coworkers say he is an extremely hard worker with a team player attitude to get the job at hand completed. John makes friends easily.

My wish for John's future is to find happiness in his relationships, secure an even better career doing something he likes and have fun doing recreational things that he enjoys doing. His family and I will **always** be there to support John in every part of his life. I love him so much. John is a good person.

Yours truly,

Maria MacIntyre

Cell # (401) 524-6415

To: Honorable District Court Chief Judge John J McConnell, Jr

May 7, 2022

Your Honor,

    I'm Daniel MacIntyre, John's father. John was the first of two children my wife and I have been blessed with. John has a younger sister named Katelyn. We are a very close, loving family. As a young child John was shy, nervous, inquisitive and very loving. His Christian values have set the foundation for the characteristics he demonstrates today. Those characteristics are honesty, integrity and a love for all people and animals. As John grew up and transitioned through school his chosen path was geared towards the academic side. He was an active member of the debate team in high school. I volunteered as a parliamentary judge. It gave me the opportunity to spend quality time with my son doing something he was interested in and passionate about. I remember receiving positive comments about John from other judges and students involved. What impressed me the most was seeing John overcome his shy and nervous characteristics.

    As a young man John has shown he owns up to his responsibilities. Upon graduating collage John has always maintained a full-time job. He manages his finances very well. He meets all obligations on time or well ahead of due dates. He participates in his companies 401K plan. John also saves with local banking institutions. He does still live at home. He is saving for when the opportunity to move out on his own presents itself. John has shown and continues to show many acts of kindness. He bought a new washer & dryer for the household. Shares in the cost of home repairs or renovations. Routinely provides grocery for the household. Just to mention a few.

    John's love for animals was noticed early on. He loved and helped care for the family dog and cat. Insects found in the house are caught and released outside rather than harmed and disposed of. It wasn't a surprise several years ago when he adopted two rescued dogs from a local shelter. John has provided April and Bella with a new lease on life. They provided him with unknown challenges from years of abuse and neglect. I've seen John embrace that challenge. April and Bella have transitioned into loving and comfortable family pets with John's patience and perseverance.

    The day John was arrested and charged was a shock for me as well as my family. We never saw it coming. John has admitted guilt from the very beginning. He has taken ownership of an underlying problem he has battled with internally for some time. I am committed to helping John achieve the help he needs to resolve this problem. Our whole family is committed to helping John. We are there for him every step of the way. We will participate in any counseling or programs that will benefit John in anyway.

    Yours truly,

    Daniel MacIntyre

    Cell # (401) 569-0633

Katelyn MacIntyre

38 Landis Drive, East Greenwich, RI 02818

Cell phone: (401) 524-4729, Email: kmacintyre95@my.uri.edu

RE: John MacIntyre

Dear District Court Chief, Judge John J. McConnell Jr.:

I write to you on behalf of my brother, John MacIntyre. John is 6 years my senior; I have known him my entire life. Words I would use to describe John include intelligent, respectful, and kind-hearted. The phrase "he would give you the shirt off his back" may be cliché, but I would honestly use this to describe my brother.

One attribute I would like to highlight of John is his deep love of animals. John has always been an animal lover for as long as I can remember. On October 1st, 2019, my cat Spook did not come home one night. My cat was nowhere to be found and I was devastated. My brother took it upon himself to go out looking for Spook at 3 in the morning and found him hiding at our neighbor's house. I will never forget the tears of joy I cried when John reunited me with my beloved cat that night.

John is someone who I have always felt I could go to when I feel I need to talk out a problem in my life. No matter what the issue, big or small, John is someone who I can go to when I feel my lowest. He will listen to my problem with a genuine ear, never raising any judgment, and will talk the issue through with me. My brother has one of the kindest hearts I have ever met in my 27 years of life.

John has always shown genuine remorse for his actions from the day he was arrested. He has always complied fully with the tasks set forth by the court, and he has never had any interaction with the law prior to his arrest on May 17th, 2021. While he may have made some bad decisions in his past, I feel my brother is someone who should be provided a second chance to show he should not be defined by his arrest. John is a college graduate, and he has always maintained steady employment throughout his adult life. My brother is someone who I feel has the potential to do great things, so it is my sincerest hope you take this letter into consideration during John's sentencing.

Sincerely,

Katelyn MacIntyre

Cheryl Millman

359 Greenwich Avenue, Apt 309, Warwick RI 02886

Cell phone 401 447-4281, Email cheryl92655@gmail.com

RE: John MacIntyre

Dear District Court Chief, Judge John J McConnell Jr.:

I write to you on behalf of my nephew, John MacIntyre. As his aunt, I always observed his quiet gentle nature. As he has grown into a young man, John demonstrates financial responsibly and genuine caring towards his family. Recently he assisted his other Aunt by purchasing a used car for her.

One of my own experiences with John coming to my aid was when I did not feel confident with GPS technology, I asked if he could help me in travelling to Logan airport he did without hesitation. John was able to set up a camera for my aging mother so we could monitor her in senior housing. During the family loss of my brother, John was able to collate a memorabilia collection of the personal family memories after the funeral home had a glitch in their presentation.

In conclusion, John has been confronting his anxiety issues and sought treatment for them. During this time he has found gainful employment and is considered an asset by his employer. John is truly sorrowful for his indiscretion and he deserves a second chance as he has exhibited good behavior. He continues to participate with counseling so that he avoids recidivism. My nephew is someone who has great capacity to live a full productive life if he is given the chance.

Sincerely,

*Cheryl Millman*

Cheryl Millman

Joyce MacIntyre

21 Hawthorne Avenue, Narragansett, RI 02882

Cell Phone 401-999-1000, Email jmacintyre369@gmail.com

RE: John MacIntyre

Dear District Court Chief, Judge John J McConnell Jr.:

I am writing to you on behalf of my nephew, John MacIntyre. In describing my nephew, the words that best reflect his character are the following: compassionate, warmhearted and genuine. One attribute I can highlight is that John loves animals and has two dogs he cares for deeply. Both of his shelter rescue dogs required an inordinate amount of behavior shaping. John is right up to the task and both dogs are different dogs because of his effort.

After completing University of Rhode Island, he was unable to locate gainful employment in his chosen profession but that did not deter him. He went to work at Toray Plastics working the night shift. John exhibited financial responsibility and paid off his college loans within 1 year of graduation. His mom and dad informed that he purchased appliances for their household.

John has shown remorse for his actions from the day he was arrested. He is compliant with court ordered tasks such as counseling and scheduled check in with his parole officers. After his arrest John was asked to leave Toray Plastics but again was not deterred and found gainful employment @ Worthington Industries. John is a contributor to society and good citizen who is truly remorseful for his bad decisions. My hope is that you can provide him with a second chance.

Warmest regards,

*Joyce MacIntyre*

Joyce MacIntyre