

**Behavioral Healthcare Services**
Fostering Hope and Recovery

Jamie Souza, Regional Director
45 Sockanosset Cross Road, Unit 4
Cranston, RI  02920
www.fhr.net
t: 401-383-4885  |  f: 401-383-1349

**FELLOWSHIP HEALTH RESOURCES**

**Board of Directors and Officers**

*Chairperson*
Alan Wichlei
Lexington, MA

*Chair-Elect*
William Emmet
Washington, D.C.

*Vice Chair*
Kelly McGee, *Esquire*
Pawtucket, RI

*President*
Debra M. Paul, *MBA*
Cumberland, RI

*Treasurer*
Stephen M. Duggan
Cranston, RI

*Assistant Treasurer*
Robert G. Colucci, *CPA, MBA*
South Kingstown, RI

*Secretary*
Russell J. Sylvia, *SPHR, SHRM-SCP*
Sutton, MA

Neal B. Brown
Rockville, MD

Michela Coffaro, *Psy.D, ACSW*
Milton, DE

Len Kirby
Springfield, PA

Joseph E. Lundy, *Esquire*
Philadelphia, PA

Charles S. McLister, *MA, MBA*
Haddonfield, NJ

Jeffrey McLoud
Kinston, NC

Michael B. Owen
Chapel Hill, NC

Richard Sheola, *MA*
Brookline, MA

**Regional Locations**
- Delaware
- Maine
- Massachusetts
- North Carolina
- Pennsylvania
- Rhode Island

FHR is accredited by CARF International.

07/20/2022

To whom it may concern,

This letter is in reference to John Macintyre, DOB 01/17/89. John was admitted as a client to FHR in 04/02/21. Since then John has been very engaged in treatment. John agreed to a medication consult and embraces all offered supports. John reports he has found value in his therapy appointments and plans to continue with treatment into the future.

Should you have additional questions, please do not hesitate to contact me at (508)567-2829.

Sincerely,

Jenevieve L. Sullivan, MS, LMHC, ATR-BC
Program Director