**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **JOHN D. MACINTYRE** | **Criminal Case No. 1:21-cr-00121-JJM-LDA** |

**MOTION TO CONTINUE SENTENCING**

The United States, by and through its attorneys, Zachary A. Cunha, United States Attorney, and Ronald R. Gendron, Assistant U.S. Attorney, moves this Honorable Court to continue sentencing in the above-entitled matter for a period of 45 days. As grounds therefore, the United States asserts that Assistant U.S. Attorney John McAdams will be handling the matter at sentencing and a short continuance is required during which Assistant U.S. Attorney McAdams will familiarize himself with the facts of the matter and submit a sentencing memorandum to assist the Court at sentencing.

Respectfully submitted,

ZACHARY A. CUNHA
United States Attorney

/s/ Ronald R. Gendron
RONALD R. GENDRON
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
ronald.gendron@usdoj.gov
Tel: 401-709-5000
Fax: 401-709-5001

## CERTIFICATE OF SERVICE

    I, hereby certify that on this 16th day of August 2022, I caused the within pleading to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System.

<u>/s/ Ronald R. Gendron</u>
RONALD R. GENDRON
Assistant U.S. Attorney
