UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JOHN D. MACINTYRE<br>Defendant. | Criminal Case No. 21-CR-121-JJM-LDA |

NOTICE OF APPEARANCE

John P. McAdams, Assistant United States Attorney, hereby files this Notice of Appearance on behalf of the United States in the above captioned case.

Respectfully submitted,

ZACHARY A. CUNHA
United States Attorney

/s/John P. McAdams
John P. McAdams
Assistant U.S. Attorney
United States Attorney's Office
One Financial Plaza, 17th Floor
Providence, RI 02903
401-709-5055 (office)
401-709-5001 (facsimile)
john.p.mcadams@usdoj.gov