UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Case No. 21-121-JJM |
| JOHN D. MACINTYRE | |

**GOVERNMENT'S MOTION FOR A PRELIMINARY ORDER OF FORFEITURE**

Under Federal Rule of Criminal Procedure 32.2, the Government moves for a preliminary order of forfeiture, in the form attached as Exhibit 1, for all property, real or personal, used or intended to be used to commit or promote the commission of the offenses charged in the Information, and all property constituting or traceable to gross profits or other proceeds obtained from such offenses, and all visual depictions described in 18 U.S.C. §§ 2251-2252, and any book, magazine, periodical, film, videotape, or other matter containing any such visual depiction, which was produced, transported, mailed, shipped or received in committing such offense, including but not limited to one Acer Laptop bearing serial number HQ28AA00174405C5C340 (hereinafter the "Subject Property").

In support of this motion, the Government proffers the following:

1. The Information includes a forfeiture allegation that states in the event the Defendant is convicted of any count in the Information, the Defendant shall forfeit the Subject Property to the United States, pursuant to 18 U.S.C. § 2253;

2. The parties agree that the Defendant shall forfeit all interests in the Subject Property;

3. On January 4, 2022, the Court accepted the Defendant's guilty plea on Count 1 of the Information;

4. The Subject Property is subject to forfeiture pursuant to 18 U.S.C. § 2253, 21 U.S.C. § 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure; and

5. Accordingly, entry of a preliminary order of forfeiture in the form attached as Exhibit 1 is proper under Rule 32.2 and in the interest of efficient processing and disposition of all property interests associated with the Subject Property.

    Respectfully submitted,

    ZACHARY A. CUNHA
    United States Attorney

    */s/ Ronald Gendron*
    RONALD GENDRON
    Assistant U.S. Attorney
    United States Attorney's Office
    One Financial Plaza, 17th Floor
    Providence, RI 02903
    (401) 709-5000
    (401) 709-5001 (fax)
    Email: ronald.gendron@usdoj.gov

## CERTIFICATION

I hereby certify that on this 9th day of November, 2022, I caused the within Government's Motion for a Preliminary Order of Forfeiture and attachments to be filed electronically and it is available for viewing and downloading from the ECF System. All parties of record have received electronic notice.

    */s/ Ronald Gendron*
    RONALD GENDRON