R.S. White
STE 247
4949 Brownsboro Rd
Louisville, KY 40222




U.S. POSTAGE PAID
FCM LETTER
LOUISVILLE, KY 4022
JAN 31, 2024
$5.08
R2305P149707-12

7021 1970 0000 9595 0982   RDC 99

Hon. Judge John James McConnell Jr
Federal Building and Courthouse
One Exchange Terrace
Providence, RI 02903

02903-174499