# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 21-00121-JJM |
| | ) | |
| JOHN MACINTYRE | ) | |

On February 7, 2024, a member of the public requested that documents relating to the above-case be unsealed as a matter of public record. *See ECF 34.* Originally, defense counsel had taken no position on the request, but the Court issued a text order on March 12, 2024, directing the parties to respond.

The defendant suggests that if the Court grant the request, that any personal identifying information concerning the defendant be redacted, including personal information, addresses, IP addresses, etc. It is the defendant's understanding that the complaint is already unsealed.

        Respectfully submitted
        John MacIntyre
        By his attorney,

        /s/ Rebecca L. Aitchison, 8610
        Assistant Federal Defender
        10 Weybosset St., Ste. 300
        Providence, RI 02903
        (401) 528-4281
        FAX 867-2814
        Rebecca_aitchison@fd.org

## **CERTIFICATION**

I hereby certify that a copy of this motion was delivered by electronic notification to John McAdams, Assistant United States Attorney, on March 27, 2024.

        /s/ Rebecca L. Aitchison