UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN D. MACINTYRE | Criminal Case No. 1:21-cr-00121-JJM |

### RESPONSE TO TEXT ORDER

The United States hereby responds to the court's text order regarding a request for unsealing by a member of the public. The criminal complaint in this matter has long been unsealed. A related search warrant of the defendant's residence remains sealed. The government does not agree with the assertions made in the member of the public's request. Notwithstanding, if the Court is inclined to grant the request, the government requests leave to submit a redacted version of the search warrant which redacts the defendant's personal identity information, file names, IP addresses, and other information which could compromise ongoing investigations.

Respectfully submitted,

ZACHARY A. CUNHA
United States Attorney

/s/ John P. McAdams
JOHN P. McADAMS
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
john.p.mcadams@usdoj.gov
Tel: 401-709-5000
Fax: 401-709-5001

1

## CERTIFICATE OF SERVICE

  I, hereby certify that on this 27th day of March 2024, I caused the within Responsebe electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System.

                /s/ John P. McAdams
                JOHN P. McADAMS
                Assistant U.S. Attorney
                One Financial Plaza, 17th Floor
                Providence, RI 02903
                john.p.mcadams@usdoj.gov
                Tel: 401-709-5000
                Fax: 401-709-5001