UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Case No. 21-121-JJM |
| JOHN D. MACINTYRE | |

**FINAL ORDER OF FORFEITURE**

1. The Court entered an Amended Preliminary Order of Forfeiture with respect to Defendant's interest in the following:

   (a) one Acer Laptop bearing serial number HQ28AA00174405C5C340; and

   (b) one LI 11 Western Digital – Blue – Internal HDD – 1TB SN: wcc6y4akrs4k (hereinafter the "Subject Property").

2. Notice of Forfeiture was published on the government's official internet site, www.forfeiture.gov, for thirty (30) consecutive days, beginning on August 30, 2023 and ending on September 28, 2023, which provided all third parties notice sufficient to petition the Court within thirty (30) days of September 28, 2023.

3. No petitions by any third party were filed within thirty (30) days of September 28, 2023.

4. It is hereby ORDERED, ADJUDGED and DECREED that the Subject Property is forfeited to the United States of America, and the United States and/or its designees are authorized and ordered to dispose of said Subject Property according to law.

BY ORDER:

Date: _April 26_, 2024

_____
CHIEF JUDGE JOHN J. MCCONNELL, JR.
UNITED STATES DISTRICT COURT